THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAYNE MANLEY, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEVE MACK, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Respondent.— Order affirmed,

without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.